# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                 In Proceedings
Under Chapter 13

Jordan E Pettibone and Cynthia J Gullo Pettibone

BK 12–30347–lkg

        Debtor(s)

## ORDER

     This matter is before the Court on Capital One's motion to withdraw document #46 Motion for Relief from Stay that was filed on 7/9/2012. The Court finds good cause to grant the requested relief. Accordingly, **IT IS ORDERED** that the motion to withdraw is **GRANTED** and the document described above is deemed withdrawn.

     Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 17, 2012                                                  /s/ Laura K. Grandy
                                                                          UNITED STATES BANKRUPTCY JUDGE