# Notice Recipients

District/Off: 0754–3     User: tf     Date Created: 8/17/2012
Case: 12–30347–lkg     Form ID: 332     Total: 8

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr     Russell C Simon     simontrustee@yahoo.com
aty     Deborah J Volmert     debbievolmert@sbcglobal.net
aty     Jerry D Graham, Jr     court@jdgrahamlaw.com
aty     Michael J Benson     court@graham–benson.com

                                           TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jordan E Pettibone     101 S Railway St     New Baden, IL 62265
jtdb     Cynthia J Gullo Pettibone     101 S Railway St     New Baden, IL 62265
cr     Capital One     Bass &Associates PC     3936 E Ft Lowell Rd Ste 200     Tucson, AZ 85712

                                           TOTAL: 3